UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA BUTLER, *individually and on behalf of a class of similarly situated persons*,<br><br>  Plaintiff,<br><br>v.<br><br>MARKET VIEW LLC d/b/a DEBTTRADER; and NORTHWOOD ASSET MANAGEMENT GROUP, LLC,<br><br>  Defendants. | Civil Action No.: 5:21-cv-00424-JLS |

## JOINT MOTION FOR ENTRY OF STIPULATED INJUNCTION

Plaintiff, Diana Butler, and Defendant, Market View LLC d/b/a DebtTrader ("DebtTrader") (collectively, the "Parties"), through their undersigned counsel and for good cause shown, jointly move the Court for entry of the attached Stipulation and Proposed Order for Injunction (hereinafter, the "Stipulated Injunction").

DebtTrader operates an online platform and marketplace in which creditors may sell nonperforming accounts to third party buyers. On January 29, 2021, Plaintiff filed the instant lawsuit alleging DebtTrader violated the Racketeering Influenced Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, *et seq.*, by allowing American Web Loan, Inc. ("AWL"), a lender owned by the Otoe-Missouria Native American tribe but allegedly controlled by nontribal entities, to sell AWL

loans on DebtTrader's online platform.[1]  Plaintiff contends such loans are illegal in certain states.

The Parties have participated in extensive settlement discussions and reached an agreement resolving all claims against DebtTrader through this Stipulated Injunction.  The Parties believe, in view of the costs, risks, and delays of continued litigation and appeals balanced against the benefits of Stipulated Injunction, that the Stipulated Injunction is in the best interest of Plaintiff and DebtTrader, and is a fair, reasonable, and adequate resolution of the lawsuit.

Moreover, the Stipulated Injunction is fair, reasonable, and the public interest would not be disserved by the Court's entry of the Stipulated Injunction.  *See eBay, Inc. v. MercExchange*, 547 U.S. 388, 391 (2006).  The Stipulated Injunction prohibits DebtTrader from allowing certain consumer loans to be sold on its platform, and if violated, the Stipulated Injunction may be enforced by a nonparty beneficiary whose loan is impermissibly transferred on DebtTrader's platform.

WHEREFORE, Plaintiff and DebtTrader respectfully move the Court to enter the Stipulated Injunction.  Following the Court's entry of the Stipulated Injunction, Plaintiff will dismiss her claims against DebtTrader with prejudice, and the claims

---

[1] Plaintiff's claims against Northwood Asset Management Group, LLC are being resolved in the class settlement in *Solomon v. American Web Loan, Inc.*, No. 4:17-cv-00145-HCM-RJK, in the United States District Court for the Eastern District of Virginia, subject to the District Court's final approval of the settlement.

of the putative class against DebtTrader without prejudice, except for the Court's continued jurisdiction over enforcement of the Stipulated Injunction.

Dated: May 4, 2021					LANGER GROGAN & DIVER PC

						/s/ Irv Ackelsberg_____
						Irv Ackelsberg
						John J. Grogan
						David A. Nagdeman
						1717 Arch Street, Suite 4020
						Philadelphia, PA 19103
						*Counsel for Plaintiff*
						*Diana Butler*

Dated: May 4, 2021					SESSIONS, ISRAEL & SHARTLE, LLC

						/s/ Aaron Easley_____
						Aaron Easley
						3 Cross Creek Drive
						Flemington, NJ 08822
						*Counsel for Defendant,*
						*Market View LLC d/b/a DebtTrader*