UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA BUTLER, *individually and on behalf of a class of similarly situated persons*,<br><br>Plaintiff,<br><br>v.<br><br>MARKET VIEW LLC d/b/a DEBTTRADER; and NORTHWOOD ASSET MANAGEMENT GROUP, LLC,<br><br>Defendants. | Civil Action No.: 5:21-cv-00424-JLS |

**STIPULATION AND [PROPOSED] ORDER FOR INJUNCTION**

The Parties, Plaintiff, Diana Butler, and defendant, Market View LLC d/b/a DebtTrader ("DebtTrader"), jointly submit this Stipulation and [Proposed] Order for Injunction (hereinafter referred to as the "Stipulated Injunction").

**WHEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties, that the following injunction be entered by this Court without further notice or process:

1. **PROHIBITION AGAINST SALE OF CERTAIN LOANS ON DEBTTRADER PLATFORM**:

    a. **AWL RELATED LOANS** – Upon the Court's entry of this Stipulated Injunction, DebtTrader shall not knowingly or willfully

permit American Web Loans, Inc. ("AWL"), the MacFarlane Group, or any entity DebtTrader knows to be directly affiliated with AWL, or the MacFarlane Group (hereinafter, the "AWL Entities"), to sell any loan originated by AWL on or before December 15, 2020 ("AWL Loans"), on DebtTrader's online platform.

b. ALL LOANS – Upon the Court's entry of this Stipulated Injunction, DebtTrader shall not knowingly or willfully broker, facilitate, or assist in the sale of any unsecured consumer loan (including within the scope of "loan" any cash advance made pursuant to a line of credit) that carries an express or effective Annual Percentage Rate in excess of 99%, unless it conducts good-faith due diligence through which it determines either (a) that the law of the state in which the borrower resided at the time the loan was made did not prohibit the rate or (b) that the loan was made by a depository institution or other entity with legal authority to charge interest rates in excess of those authorized by state law.

2. INTENDED BENEFICIARIES OF THIS STIPULATED INJUNCTION – The Parties are entering into this Stipulated Inunction as an agreement to settle and compromise this action, fully intending this compromise, in

light of the risks of litigation, to function as mutual consideration supporting the enforceability of this Stipulated Injunction as a third-party beneficiary contract, the intended beneficiaries being any consumer loan obligor on a loan that, if transferred on the DebtTrader platform in the future, or through any other act by DebtTrader of brokering, facilitating, or assisting such transfer, would be a violation of the prohibitions set forth in Paragraph 1.

3. <u>RIGHT TO SEEK RELIEF FROM STIPULATED INJUNCTION UPON MATERIAL CHANGE OF LAW</u> – The Stipulated Injunction will be effective for 10 years. Notwithstanding the foregoing, DebtTrader has the right to seek relief from, or modification of, the Stipulated Injunction based upon a material change in the law, including, but not limited to, a finding by any court that any loans described in paragraph 1(a) or paragraph 1(b) are not unlawful or improper under applicable state or federal law. Any request for alteration or modification of the Stipulated Injunction shall be made to the Court. Any alteration or modification in the Stipulated Injunction shall only apply prospectively.

4. <u>ENFORCEMENT OF STIPULATED INJUNCTION</u> – The Parties request the Court retain jurisdiction over this Stipulated Injunction. This Stipulated Injunction shall be binding upon and inure to the benefit of the Parties and their representatives, heirs, successors, and assigns. Any persons receiving a

loan described in paragraphs 1(a) or (b) above, who are aggrieved by DebtTrader's alleged noncompliance with this Stipulated Injunction, may seek to enforce this Stipulated Injunction, and reasonable attorney's fees and costs.

5. <u>NO ADMISSION OF LIABILITY</u> – Plaintiff and DebtTrader each acknowledge that this Stipulated Injunction is not an admission of liability, negligence, or wrongdoing by DebtTrader. This Stipulated Injunction shall not be offered or be admissible against DebtTrader, or cited or referred to, in any action or proceeding against DebtTrader, except in an action or proceeding brought to enforce its terms. The Parties expressly acknowledge that this Stipulated Injunction is not an admission that any loans described in paragraph 1(a) or paragraph 1(b) are in any way illegal or unenforceable.

**SO STIPULATED:**

Dated: May 4, 2021          LANGER GROGAN & DIVER PC

/s/ Irv Ackelsberg
Irv Ackelsberg
John J. Grogan
David A. Nagdeman
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
*Counsel for Plaintiff*
*Diana Butler*

Dated: May 4, 2021          SESSIONS, ISRAEL & SHARTLE, LLC

*/s/ Aaron Easley*
Aaron Easley
3 Cross Creek Drive
Flemington, NJ 08822
*Counsel for Defendant,*
*Market View LLC d/b/a DebtTrader*

Dated: May 4, 2021          MARKET VIEW LLC D/B/A DEBTTRADER

Jennifer Wilson, CCCO CRCP
President & Chief Compliance Officer
Market View LLC d/b/a DebtTrader

**APPROVED AND SO ORDERED:**

Dated:

_____
The Honorable Jeffrey L. Schmehl
United States District Judge

5