IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIANA BUTLER, individually and behalf of a class of similarly situated persons,

    Plaintiff,

v.                                                                           Civil Action No.: 21-424

MARKET VIEW, LLC, d/b/a DebtTrader, *et al*,

    Defendants.

## O R D E R

AND NOW, this 10th day of August, 2021, it having been reported that the above captioned caption has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court,

IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice, pursuant to agreement of counsel without costs.

                                    KATE BARKMAN, Clerk of Court

                                    BY: /s/ Barbara A. Crossley
                                            Barbara A. Crossley,
                                            Deputy Clerk to Judge Schmehl